IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE K. PRINGLE, IV,

    Petitioner,

v.                      Case No. 4:18cv427-MW/CJK

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 5. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED without prejudice** based on the abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971)." The Clerk shall close the file.

**SO ORDERED** on October 4, 2018.

                                             s/ **MARK E. WALKER**
                                             **Chief United States District Judge**